# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 20, 2007

134666

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

W.J. O'NEIL COMPANY,
          Plaintiff-Appellant,

v

BARTON MALOW COMPANY,
          Defendant,
and

SHEPLEY, BULFINCH, RICHARDSON &
ABBOTT, INC.,
          Defendant-Appellee.

SC: 134666
COA: 277502
Washtenaw CC: 06-001147-CK

_____/

　　　　On order of the Court, the application for leave to appeal the July 3, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 20, 2007

Clerk

t1213